# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  15-cv-01949-RBJ-MJW | FTR - Courtroom A-502 |
| **Date:**   February 22, 2016 | Courtroom Deputy, Ellen E. Miller |
| _Parties_ | _Counsel_ |
| CARL HALL, #44729-054 | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| LT. SHUMARD, LT. MONAREZ, C.O. BUTZ, and C.O. CATES, | Evan P. Brennan |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**   RULE 16(b) SCHEDULING CONFERENCE/SHOW CAUSE HEARING
**Court in session:**   9:01 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

As all defendants have been served, and counsel has entered his appearance for all defendants,

**It is ORDERED:**   The **ORDER TO SHOW CAUSE** [Docket No. 21, filed December 21, 2015] is deemed satisfied and is discharged.

Discussion is held regarding Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss [Docket No. 33, filed February 19, 2016].  It is noted the individual Defendants have asserted qualified immunity and the Motion to Dismiss is fully dispositive.

**It is ORDERED:**   Defendants' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS [Docket No. **33**, filed February 19, 2016] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**   Discovery is **STAYED**  pending ruling on the Defendants' Motion to Dismiss or as further ordered by the Court.

**It is ORDERED:**   Plaintiff shall have up to and including **MARCH 31, 2016** in which to file his RESPONSE to Defendants' MOTION TO DISMISS [Docket No. 31, filed February 16, 2016].  Plaintiff is directed to mail his Response **no later than MARCH 24, 2016** to allow adequate time for the mail process and docketing to occur by the deadline of MARCH 31, 2016.

As Plaintiff represents to the Court that he did not receive a copy of the Defendants' Motion to Dismiss [Docket No. 31],

**It is ORDERED:**   Defense counsel shall forthwith mail a copy of Defendants' Motion to Dismiss [Docket No. 31] to Plaintiff.  Defense counsel shall also contact the legal department at the Florence Admax U. S. Penitentiary to arrange to have a copy of the motion FAXed to the department and then hand-delivered to the Plaintiff.

Following a ruling on the Defendants' Motion to Dismiss, a Scheduling Conference, if necessary,  will be set by minute order.

**It is ORDERED:**   The SCHEDULING CONFERENCE is vacated, to be set at a future date if necessary.
The Court does not consider any of the three Proposed Scheduling Orders filed [Docket No. 28, filed February 10, 2016], [Docket No. 28, filed February 11, 2016]  and [Docket No. 30, filed February 15, 2016]**.**

Hearing concluded.

**Court in recess**:    9:16 a.m.
Total in-court time: 00:15

To order a transcript of this proceedings, contact Stevens-Koenig Reporting (303) 988-8470