IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01949-MJW

CARL HALL,

Plaintiff,

v.

SHUMARD,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion to File Second Amended Complaint (Docket No. 37) is GRANTED, finding that leave shall be freely given under Fed. R. Civ. P. 15(a)(2) and that the amended pleading is not clearly futile;

- Plaintiff's proposed Second Amended Complaint (Docket No. 37-1, with Docket No. 37-2 as an exhibit thereto) is ACCEPTED FOR FILING; and

- Defendants' Motion to Dismiss (Docket No. 31) is DENIED AS MOOT, being directed to a now-inoperative complaint.

Date: March 30, 2016